# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

2008 MAR -5 AM 11: 41

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Jason Dashier ) | Case No: CR500-00010-002 |
| ) | USM No: 10632-021 |
| Date of Previous Judgment: August 11, 2004 ) | Jeffrey S. Parker |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **108** months **is reduced to** **time served**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated August 11, 2004, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 5, 2008

Judge's signature

Effective Date: March 15, 2008
(if different from order date)

William T. Moore, Jr.
Chief Judge, U.S District Court
Printed name and title